UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UPTOWN INVESTMENTS, LP | No. 1:05-cv-1580 FVS LJO |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| AMERICAN TOWERS, INC. | |
| Defendant. | |

Pursuant to a stipulation of the parties;

**IT IS HEREBY ORDERED:**

1. The jury trial in this matter is continued from June 26, 2006, to August 21, 2006.

2. The pretrial conference is rescheduled for August 9, 2006, at 9:00 a.m. by telephone conference call. The Court will initiate the call.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___13th___ day of June, 2006.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge

ORDER CONTINUING TRIAL DATE - 1