IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPTOWN INVESTMENTS, L.P., a California Limited Partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN TOWERS, Inc., a Delaware Corporation, and DOES 1-30 inclusive,<br><br>    Defendant. | 1:05-cv-1580 FVS GSA<br><br>ORDER CLOSING CASE IN LIGHT OF DISMISSAL WITH PREJUDICE |

On September 17, 2008, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate a dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel v. McCool</u>, 782 F. 2d 1470, 1472-73 (9th Cir. 1986).  Because all of the parties who have made an appearance in this case signed the stipulation, the case has terminated.

Therefore, IT IS ORDERED that the Clerk of the Court is ordered to close this case in light of the properly signed Rule 41(a)(1)(A)(ii) and Rule 41(c) Stipulation of Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated: December 4, 2008

/s/ Fred Van Sickle
Fred Van Sickle
United States District Court Judge

1